UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**KEVIN COLLINS**, as Personal Representative of
THE ESTATE OF MARILYN COLLINS, for itself
and all those similarly situated,

    Plaintiff,

v.   Case No. 3:22-cv-11647-LVP-KGA

Hon. Linda V. Parker

**OAKLAND COUNTY**, a Government Unit;
**ROBERT WITTENBERG** in his individual and
official capacity; **ANDREW MEISNER**

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties and the Court being otherwise advised of the premises, it is ordered that this case is dismissed with prejudice and without costs.  This is final order that closes the case.

**SO ORDERED.**

                                                  s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: July 13, 2023

I stipulate to entry of the Order:

| /s/ Donald R. Visser (with permission) | /s/ William H. Horton |
|---|---|
| DONALD R. VISSER (P27961) (P31567) | WILLIAM H. HORTON |
| Attorney for Plaintiffs | Attorney for Defendants Oakland County and Andrew Meisner |